UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:24-CR-113-TAV-JEM |
| | ) | | |
| TIFFANY HANEY, ANNE WARREN, and TINA ROPER, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER

Before the Court is the United States' Motion to Except Witness from Sequestration [Doc. 256]. In light of the impending trial date, defendants are hereby **ORDERED** to file their response(s) to the government's motion [Doc. 256], if any, no later than **Tuesday, January 27, 2026, at 5:00 p.m. Eastern Standard Time**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE