UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL
February 19, 2026

United States of America vs. Tiffany Haney, Anne Warren and Tina Roper       Case No. 3:24-CR-113

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| | |
|---|---|
| Julie Norwood | Kara Nagorny |
| Courtroom Deputy | Court Reporter |
| | |
| Jeremy Dykes | Anthony Mahajan & Diana Yastrovskaya (Haney) |
| Brian Samuelson | Scott Saidak (Warren) |
| | Keith Stewart (Roper) |
| Asst. U.S. Attorney | Counsel for Defendant |

PROCEEDINGS:

- Impaneled Jury present #: 236, 231, 163, 205, 74, 101, 113, 226, 223, 161, 203, 122, 147, 252, 99
- Witnesses sworn
- Rule of sequestration invoked
- Introduction of evidence for USA resumed
- Case continued to Friday, February 20, 2026, at 9:00 a.m. for further trial.

9:10 a.m. to 10:30 a.m.
1:15 p.m. to 4:10 p.m.