UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,      )
                               )
                               )
            Plaintiff,         )
                               )
v.                             )      No.:   3:24-CR-113-TAV-JEM
                               )
TIFFANY HANEY,                 )
ANNE WARREN, and               )
TINA ROPER,                    )
                               )
            Defendants.        )

## **ORDER**

Pursuant to 28 U.S.C. § 636, it is hereby **ORDERED** that non-party Volunteer Pharmacy's motions to quash [Docs. 360, 361] is hereby **REFERRED** to the Honorable Jill E. McCook, United States Magistrate Judge, for her consideration and determination or report and recommendation, as may be appropriate. Furthermore, the Court **ORDERS** defendant Haney and defendant Warren to respond to these respective motions [Docs. 360, 361] by **Saturday, February 21, 2026, at 8:00 a.m. Eastern Standard Time.**

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE