Phone: 865-337-5887
7660 S. Northshore Drive
Knoxville, TN 37919

# Pain/Inflammation

Fax: 865-337-5889

SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name:_____ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

---

1) ☐ Diclofenac _____ 3%
   Prilocaine _____ 3%
   Nifedipine _____ 2%
   Qty 60g

2) ☐ Diclofenac _____ 1%
   Carbamazepine _____ 3%
   Amitriptyline _____ 4%
   Qty 360g

Use in conjunction with _____ g Lidocaine 5% (2-4g 3-4 x QD w/cream)
☐ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

---

3) ☑ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
*QTY 120   2RF

4) ☐ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%

5) ☐ _____ %
   _____ %
   _____ %

☐ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

---

**Add on/substitution**

1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide 0.1% cream _____ g
5) Bensal HP _____ g
6) Diclofenac 3% _____

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream

7) Chlorzoxazone 250mg tabs #60 Take 1 BID    2F
8) Scarcin _____ Apply BID

ok per benji

---

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient I
Address:
Allergies:
Insurance:_____ Policy:_____
Group:_____ Pharmacy:_____

Physician's Signature: _____ Date: 1/29/19

authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889


Rocky Hill Pharmacy

SENT Y N

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: J___ E___ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

1 ◯ Diclofenac ____ 3%
   Baclofen ____ 2%
   Cyclobenzaprine ____ 2%
   Ketoprofen ____ 4%
   ____ %
   Qty 120g
WITH Lidocaine/HC ___/___% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ◯ Ketoprofen ____ 10%
   Amitriptyline ____ 2%
   Diclofenac ____ 2%
   ____ %
   Qty 360g
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

3 ◯ Ketoprofen ____ 2%
   Lidocaine ____ 2%
   Cyclobenzaprine ____ 1%
   ____ %

4 ◯ Baclofen ____ 1%
   Cyclobenzaprine ____ 1%
   Lidocaine ____ 2%
   ____ %

5 ◯ ____ %
   ____ %
   ____ %

*QTY_____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

**Add on/substitution**

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7% _____ g
7) Hydrocortisone Buty 0.1% _____ g
9) Lidocaine/HC ___/___% _____ Boxes
(11)) Diflorasone 0.05% ___120 g
2) Calcipotriene 0.005% _____ g
4) Fluocinonide ___% cream _____ g
6) Diclofenac 1% or 3% _____ g
8) Doxepin 5% _____ g
10) Halobetasol 0.05% _____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name  Joseph Dichiara  NPI:_____
Phone:_____  Fax:_____

spoke with office and apporval given by Dr Dichiara for add of dflorasone iont 120g to se in conjuction iwth compound 07/07/20

◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL_____

Physician's Signature: _____  Date: 7/6/20  Refills: 2

I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889

SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: B____ C____ DOB:_____ SSN:_____  
Address:_____ Phone:_____  
Allergies:_____ Pharmacy:_____

1) ~~Diclofenac 3%~~  
   ~~Baclofen 2%~~  
   ~~Cyclobenzaprine 2%~~  
   ~~Ketoprofen 4%~~  
   ____ %  
   Qty 120g  
   WITH Lidocaine/HC __/__% #3boxes  
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)  
   Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2) ⊙ Ketoprofen 10%  
   Amitriptyline 2%  
   Diclofenac 2%  
   ____ %  
   Qty 360g  
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
   OR WITH Lidocaine 5% 150g

ok to change per benji

3) ○ Ketoprofen 2%  
   Lidocaine 2%  
   Cyclobenzaprine 1%  
   ____ %

4) ○ Baclofen 1%  
   Cyclobenzaprine 1%  
   Lidocaine 2%  
   ____ %

5) ○ _____ %  
   _____ %  
   _____ %

*QTY_____  
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

**Add on/substitution**

1) Lidocaine 5% ____ g  
2) Calcipotriene 0.005% ____ g  
3) Taclonex ____ g  
4) Fluocinonide ___% cream ____ g  
5) Lidocaine7/Tetracaine7% ____ g  
6) Diclofenac 1% or 3% ____ g  
7) Hydrocortisone Buty 0.1% ____ g  
8) Doxepin 5% ____ g  
9) Lidocaine/HC __/__% ____ Boxes  
10) Halobetasol 0.05% ____ g  
11) Diflorasone 0.05% ____ g  

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____ NPI:_____  
Phone:_____ Fax:_____  
○ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL_____

Physician's Signature:_____ Date: 5/29/20 Refills: 2  
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

Request Refill Authorization From:

ROCKY HILL PHARMACY
7660 S NORTHSHORE DR
KNOXVILLE, TN 37919-8003

Phone: (865) 337-5887
Fax: (865) 337-5889
Date: 08/04/2020 3:57 PM

Sent By: Tiffany Haney

Rx: 110710          Date Written: 04/27/2020
                    Last Filled:  06/23/2020

Dispensed 3 time(s) for a total Qty of 1,080.0000
Refills Originally Authorized: 2

We request refill/renewal
authorization on behalf of your patient

Please fax or call this Request to
ROCKY HILL PHARMACY
Fax:   (865) 337-5889
Phone: (865) 337-5887

**CALL IN/BENJI**

Comments:

---

Date: 08/04/2020     Rx #: 110710
Patient:
T█████ F█████

Phone: ▓▓▓▓▓    DOB: ▓▓▓▓▓
Medication: KETO10/AMIT2/DICLO2

Qty Written: 360.00000
Last Filled: 06/23/2020
Directions:
Apply 2 to 4 pumps (1gm/pump) to painful area 3-4 times daily (max 12g/day)

Approved: ☑   Denied: ☐
Memo:
Plus ____ Refills   Date: __/__/____
Change Directions: ☐

Signature: _____
Doctor: DR. JOSEPH DICHIARA JR
1718 SAINT MARY ST
KNOXVILLE, TN 37917-4517
Phone:                DEA: FD5607986
Fax:                  Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

---

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

Request Refill Authorization From:

ROCKY HILL PHARMACY
7660 S NORTHSHORE DR
KNOXVILLE, TN 37919-8003

Phone: (865) 337-5887
Fax: (865) 337-5889
Date: 08/04/2020 3:57 PM
Sent By: Tiffany Haney

Rx: 110709      Date Written: 04/27/2020
                Last Filled:  06/23/2020

Dispensed 3 time(s) for a total Qty of 450.0000

Refills Originally Authorized: 2

We request refill/renewal
authorization on behalf of your patient

Please fax or call this Request to
ROCKY HILL PHARMACY
Fax:   (865) 337-5889
Phone: (865) 337-5887

---

Date: 08/04/2020   Rx #: 110709
Patient:
T█████ F█████

Phone:            DOB:
Medication: LIDOCAINE 5% OINTMENT
  Substituted for Brand Prescribed

Qty Written: 150.00000
Last Filled: 06/23/2020
Directions:
Apply 2-4 grams topically to affected area(s) 3-4 times daily in conjunction with compounded cream

Approved: ☑    Denied: ☐

Memo:                    ok per Benji
Plus  0  Refills  Date:
Change Directions: ☐

Signature: _____
Doctor: DR. JOSEPH DICHIARA JR
        1718 SAINT MARY ST
        KNOXVILLE, TN 37917-4517
Phone:              DEA: FD5607986
Fax:                Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

Comments:

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889

SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: _____ DOB: _____ SSN: _____  
Address: _____ Phone: _____  
Allergies: _____ Pharmacy: _____

1 ◯ Diclofenac _____ 3%  
    Baclofen _____ 2%  
    Cyclobenzaprine _____ 2%  
    Ketoprofen _____ 4%  
    _____ %  
    Qty __120g__  
WITH Lidocaine/HC __/__ % #3boxes  
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)

2 ◯ Ketoprofen _____ 10%  (circled)
    Amitriptyline _____ 2%  
    Diclofenac _____ 2%  
    _____ %  
    Qty __360g__  
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
OR WITH Lidocaine 5% 150g

◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

3 ◯ Ketoprofen _____ 2%  
    Lidocaine _____ 2%  
    Cyclobenzaprine _____ 1%  
    _____ %  

4 ◯ Baclofen _____ 1%  
    Cyclobenzaprine _____ 1%  
    Lidocaine _____ 2%  
    _____ %  

5 ◯ _____ %  
    _____ %  
    _____ %  

*QTY _____  (CASH)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

### Add on/substitution

1) Lidocaine 5% _____ g  
2) Calcipotriene 0.005% _____ g  
3) Taclonex _____ g  
4) Fluocinonide 0.1% cream _____ g  
5) Lidocaine7/Tetracaine7% _____ g  
6) Diclofenac 1% or 3% _____ g  
7) Hydrocortisone Buty 0.1% _____ g  
8) Doxepin 5% _____ g  
9) Tacrolimus 0.03% oint _____ g  
10) Lidocaine/HC __/__ % _____ Boxes  
11) (circled) Diflorasone 0.05% __120__ g   ointment

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name _____ NPI: _____  
Phone: _____ Fax: _____

approved per MD per Benji for diflorasone 0.05% 120gm

◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____ Date: 4/16/20  Refills: 2 (circled)

I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive | Pain/Inflammation
Knoxville, TN 37919
Phone: 865-337-5887 | Fax: 865-337-5889


Rocky Hill Pharmacy

SENT  Y  N

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: D___ 4___ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

1 ◯ Diclofenac ___ 3%
   Baclofen ___ 2%
   Cyclobenzaprine ___ 2%
   Ketoprofen ___ 4%
   ___ %
   Qty __120g__
   WITH Lidocaine/HC __/__ % #3boxes
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
   ◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ◯ Ketoprofen ___ 10%
   Amitriptyline ___ 2%
   Diclofenac ___ 2%
   ___ %
   Qty __360g__
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
   OR WITH Lidocaine 5% 150g

ok per office

3 ◯ Ketoprofen ___ 2%
   Lidocaine ___ 2%
   Cyclobenzaprine ___ 1%
   ___ %

4 ◯ Baclofen ___ 1%
   Cyclobenzaprine ___ 1%
   Lidocaine ___ 2%
   ___ %

5 ◯ ___ %
   ___ %
   ___ %

*QTY _____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

### Add on/substitution

1) Lidocaine 5% ___ g
2) Calcipotriene 0.005% ___ g
3) Taclonex ___ g
4) Fluocinonide 0.1% cream ___ g
5) Lidocaine7/Tetracaine7% ___ g
6) Diclofenac 1% or 3% ___ g
7) Hydrocortisone Buty 0.1% ___ g
8) Doxepin 5% ___ g
9) Lidocaine/HC __/__ % ___ Boxes
10) Diflorasone 0.05% ___ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name _____ NPI: _____
Phone: _____ Fax: _____
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____ Date: 2/0/20 Refills: _____
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

Request Refill Authorization From:

ROCKY HILL PHARMACY
7660 S NORTHSHORE DR
KNOXVILLE, TN 37919-8003

Phone: (865) 337-5887
Fax:   (865) 337-5889
Date:  04/14/2020 3:41 PM

Sent By:  Tiffany Haney

Rx: 109908        Date Written: 03/06/2020
                  Last Filled:  03/18/2020

Dispensed  1  time(s) for a total Qty of 360.0000

Refills Originally Authorized: 0

We request refill/renewal
authorization on behalf of your patient

Please fax or call this Request to
    ROCKY HILL PHARMACY
    Fax:    (865) 337-5889
    Phone:  (865) 337-5887

Phone per Benji

Comments:

---

Date: 04/14/2020    Rx #: 109908

Patient:
D▓▓▓▓ H▓▓▓▓

Phone:               DOB:
Medication: KETO10/AMIT2/DICLO2

Qty Written: 360.00000
Last Filled: 03/18/2020
Directions:
Apply 2 to 4 pumps (1gm/pump) to painful area 3-4 times daily (max 12g/day)

Approved: ✓     Denied: ☐
Memo:
Plus  2  Refills   Date:  /  /
Change Directions: ☐

Signature: _____
Doctor: DR. JOSEPH DICHIARA JR
        1718 SAINT MARY ST
        KNOXVILLE, TN 37917-4517
Phone:                    DEA: FD5607986
Fax:                      Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

---

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889

SENT   Y   N

Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: A███ H███  DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

1 ◯ Diclofenac_____ 3%
    Baclofen_____ 2%
    Cyclobenzaprine__ 2%
    Ketoprofen_____ 4%
    _____ %
    Qty __120g__
WITH Lidocaine/HC __/__% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ◯ Ketoprofen_____ 10%
    Amitriptyline____ 2%
    Diclofenac_____ 2%
    _____ %
    Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

3 ◯ Ketoprofen_____ 2%
    Lidocaine_____ 2%
    Cyclobenzaprine__ 1%
    _____ %

4 ◯ Baclofen_____ 1%
    Cyclobenzaprine__ 1%
    Lidocaine_____ 2%
    _____ %

5 ◯ _____ %
    _____ %
    _____ %

*QTY_____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

Add on/substitution
1) Lidocaine 5% _____ g          2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g              4) Fluocinonide ___% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g  6) Diclofenac 1% or 3% _____ g   300g ok per office
7) Hydrocortisone Buty 0.1% _____ g  8) Doxepin 5% _____ g
9) Lidocaine/HC __/__% _____ Boxes  10) Halobetasol 0.05% _____ g
11) Diflorasone 0.05% _____ g
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____ NPI:_____
Phone:_____ Fax:_____
The pharmacy may substitute based on insurance coverage or limitations.   INITIAL_____

Physician's Signature: _____ Date 5/6/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889

SENT Y N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: G___ J___ DOB: _____ SSN: _____  
Address: _____ Phone: _____  
Allergies: _____ Pharmacy: _____

1) ◯ Diclofenac ___ 3%  
   Baclofen ___ 2%  
   Cyclobenzaprine ___ 2%  
   Ketoprofen ___ 4%  
   ___ %  
   Qty 120g  
   WITH Lidocaine/HC __/__% #3 boxes  
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)  
   ◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2) ◯ Ketoprofen ___ 10%  
   Amitriptyline ___ 2%  
   Diclofenac ___ 2%  
   ___ %  
   Qty 360g  
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
   OR WITH Lidocaine 5% 150g

3) ◯ Ketoprofen ___ 2%  
   Lidocaine ___ 2%  
   Cyclobenzaprine ___ 1%  
   ___ %

4) ◯ Baclofen ___ 1%  
   Cyclobenzaprine ___ 1%  
   Lidocaine ___ 2%  
   ___ %

5) ◯ ___ %  
   ___ %  
   ___ %

*QTY _____  
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

**Add on/substitution**

1) Lidocaine 5% ___ g  
2) Calcipotriene 0.005% ___ g  
3) Taclonex ___ g  
4) Fluocinonide 0.1% cream ___ g  
5) Lidocaine7/Tetracaine7% ___ g  
6) Diclofenac 1% or 3% ___ g  
7) Hydrocortisone Buty 0.1% ___ g  
8) Doxepin 5% ___ g  
9) Lidocaine/HC __/__% ___ Boxes  
10) Diflorasone 0.05% 120 g  ointment

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name _____ NPI: _____  
Phone: _____ Fax: _____  
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____ Date: 3/31/20 Refills: 3  
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

spoke with Benji and approved secondary cream by MD 03/31/20

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT  Y  N

Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: M____ R____  DOB:_____  SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

---

1) ◯ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty __120g__
WITH Lidocaine/HC __/__% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2) ◯ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

---

3) ◯ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4) ◯ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5) ◯ _____ %
   _____ %
   _____ %

*QTY_____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

---

Add on/substitution
1) Lidocaine 5% _____ g          2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g              4) Fluocinonide ___% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g   6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g  8) Doxepin 5% _____ g
9) Lidocaine/HC __/__% _____ Boxes   10) Halobetasol 0.05% _____ g
⑪ Diflorasone 0.05% _12_ g
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

approval to add Diflorasone oint. 120g per Dr Dichiara per phone 07/08/20

Physician name_____  PI:_____
Phone:_____  Fax:_____
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL_____

Physician's Signature: _____  Date: 7/8/20  Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

# PAIN / INFLAMMATION


Rocky Hill Pharmacy

7660 S. NorthShore Drive Knoxville, TN 37919    Phone: 865-337-5887    FAX: 865-337-5889

**PATIENT INFO:**
NAME: _____    DOB: _____    SSN: _____
ADDRESS: _____    PHONE: _____
ALLERGIES: _____    PHARMACY: _____

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION -OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

The checked box signifies the originally prescribed and preferred medication(s) for my patient. If for any reason my patient cannot receive the originally prescribed compounded therapy, I order that the pharmacy shall separate out any individual RX prescribed if insurance coverage or limitations dictate it.

**TOPICAL COMPOUNDS**

☐ Diclofenac _____ 1%      *Diflorasone _____ 0.05%
  Ketoprofen _____ 4%      *Halobetasol _____ 0.05%
  Cyclobenzaprine _____ 2% *Fluocinonide _____ 0.1%
  Lidocaine _____ 5%       _____ %
                           _____ %

*Only one steriod will be used    Qty: __120 g__

☐ Baclofen _____ 1%        *Diflorasone _____ 0.05%
  Cyclobenzaprine _____ 1% *Halobetasol _____ 0.05%
  Lidocaine _____ 2%       *Fluocinonide _____ 0.1%
                           _____ %

*Only one steriod will be used    Qty: _____ g

☑ Ketoprofen _____ 10%     With Lidocaine 5% 150g.
  Amitriptyline _____ 2%   Apply 2-3g top 3-4 x QD w/
  Diclofenac _____ 2%      compound (30 DS)

Qty: __360 g__

SIG: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

☑ The pharmacy may separate out to the following based on insurance coverage or limitations. Initial _____

Diclofenac 1% 300g; Lidocaine 5% 150g; Diflorasone 0.05% 120g; Halobetasol 0.05% 50g; Fluocinonide 0.1% 120g

SIG: Apply 1-2grams topically 1-3 times daily used in conjunction with compounded cream. (30 DS)

**ADD ON OPTIONS:**
1. Calcipotriene 0.005% _____ g    4. Betamethasone _____ % _____ g
2. Taclonex _____ g                5. Hydrocortisone Buty 0.1% _____ g
3. Doxepin 5% _____ g

SIG: ☑ Apply 2-4 grams top 3-4 times daily used in conjunction with compounded cream. (30 DS)
     ☐ Apply 1-2 grams top 1-3 times daily used in conjunction with compounded cream. (30 DS)

ok per opffice

**PAIN/INFLAMMATION**

☐ Ibuprofen/Famotidine 800-26.6mg Tablet QTY #90 1 TID OR Ketoprofen 25mg Capsule QTY #90 1 TID

**MUSCLE RELAXANTS**

☐ Chlorzoxazone 375mg Tablet QTY #60 1 TID OR Chlorzoxazone 250mg Tablet QTY #90 1 TID

**ULCER PREVENTION**

☐ Omeprazole/Bicarb 40-1,100 Capsule QTY #30 1 QD OR Omeprazole/Bicarb 20-1,100 Capsule QTY #30 1 QD

**SUPPLEMENTS**

☐ Azesco Tablet QTY #60 1 BID OR Xvite Tablet QTY #60 1 BID OR Ortho DF Tablet QTY #30 1 QD
☐ Zelac Probiotic Capsule QTY #30 1 QD

PHYSICIAN'S NAME: _____    NPI: __1041158835__
PHONE: __865-633-9469__              FAX: __865-633-9474__
PHYSICIAN'S SIGNATURE: _____    DATE: __2-8-23__    REFILL: __0__

I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION -OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: M___ L___  DOB: _____  SN: _____
Address: _____  Phone: _____
Allergies: _____  Pharmacy: _____

1. ◯ **(circled)**
   - Diclofenac _____ 3%
   - Baclofen _____ 2%
   - Cyclobenzaprine _____ 2%
   - Ketoprofen _____ 4%
   - _____ %
   
   Qty __120g__
   WITH Lidocaine/HC __/__% #3 boxes
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)

2. ◯ Ketoprofen _____ 10%
   - Amitriptyline _____ 2%
   - Diclofenac _____ 2%
   - _____ %
   
   Qty __360g__
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
   OR WITH Lidocaine 5% 150g

◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

3. ◯ Ketoprofen _____ 2%
   - Lidocaine _____ 2%
   - Cyclobenzaprine _____ 1%
   - _____ %

4. ◯ Baclofen _____ 1%
   - Cyclobenzaprine _____ 1%
   - Lidocaine _____ 2%
   - _____ %

5. ◯ _____ %
   - _____ %
   - _____ %

*QTY_____  (CASH)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

**Add on/substitution**

1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide 0.1% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Lidocaine/HC __/__% _____ Boxes
10) Diflorasone 0.05% _____ g

halobetasol 0.05% cr

spoke with offiice and approved per MD for halobetasol cream

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name: Dr Dichiara  NPI: _____
Phone: _____  Fax: _____
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____  Date: 4/3/20  Refills: _____
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT  Y  N

**Rocky Hill Pharmacy**

---

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: _____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

---

1 ◯ Diclofenac _____ 3%
    Baclofen _____ 2%
    Cyclobenzaprine _____ 2%
    Ketoprofen _____ 4%
    _____ %
    Qty __120g__
WITH Lidocaine/HC ___/___% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ◯ Ketoprofen _____ 10%
    Amitriptyline _____ 2%
    Diclofenac _____ 2%
    _____ %
    Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

---

3 ◯ Ketoprofen _____ 2%
    Lidocaine _____ 2%
    Cyclobenzaprine _____ 1%
    _____ %

4 ◯ Baclofen _____ 1%
    Cyclobenzaprine _____ 1%
    Lidocaine _____ 2%
    _____ %

5 ◯ _____ %
    _____ %
    _____ %

\*QTY _____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)  (CASH)

---

**Add on/substitution**

1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide ___% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Lidocaine/HC ___/___% _____ Boxes
10) Halobetasol 0.05% _____ g
11) Diflorasone 0.05% __120__ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

> approval given by Dr Dichaiara to add diflorasone oint 120g per phone 07/08/20

Physician name: _____  NPI: _____
Phone: _____  Fax: _____

◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

---

Physician's Signature: _____ Date: 7/7/20  Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

**Rocky Hill Pharmacy**

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT Y N

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: _____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

1 ◯ Diclofenac ___ 3%
   Baclofen ___ 2%
   Cyclobenzaprine ___ 2%
   Ketoprofen ___ 4%
   ___ %
   Qty 120g
WITH Lidocaine/HC __/__% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ◯ Ketoprofen ___ 10%
   Amitriptyline ___ 2%
   Diclofenac ___ 2%
   ___ %
   Qty 360g
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

3 ◯ Ketoprofen ___ 2%
   Lidocaine ___ 2%
   Cyclobenzaprine ___ 1%
   ___ %

4 ◯ Baclofen ___ 1%
   Cyclobenzaprine ___ 1%
   Lidocaine ___ 2%
   ___ %

5 ◯ ___ %
   ___ %
   ___ %
   ___ %

*QTY _____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

**Add on/substitution**

1) Lidocaine 5% ___ g
2) Calcipotriene 0.005% ___ g
3) Taclonex ___ g
4) Fluocinonide ___% cream ___ g
5) Lidocaine7/Tetracaine7% ___ g
6) Diclofenac 1% or 3% ___ g
7) Hydrocortisone Buty 0.1% ___ g
8) Doxepin 5% 45 g
9) Lidocaine/HC __/__ % ___ Boxes
10) Halobetasol 0.05% ___ g
11) Diflorasone 0.05% ___ g
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name _____ [approval given per Dr Dichiara to add doxepin cream 45gm by phone 07/24/20] NPI: _____
Phone: _____ Fax: _____
◯ The pharmacy may substitute based on Insurance coverage or limitations. INITIAL _____

Physician's Signature: _____ Date: 7/24/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT   Y   N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: _____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

1. ⃝ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty __120g__
WITH Lidocaine/HC ___/___ % #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
⃝ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2. ⃝ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

3. ⃝ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4. ⃝ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5. ⃝ _____ %
   _____ %
   _____ %

*QTY _____
⃝ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

### Add on/substitution
1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide ___% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Lidocaine/HC ___/___% _____ Boxes
10) Halobetasol 0.05% __50__ g
11) Diflorasone 0.05% _____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

ok benji

Physician name _____ NPI: _____
Phone: _____ Fax: _____
⃝ The pharmacy may substitute based on insurance coverage or limitations.   INITIAL _____

Physician's Signature: _____ Date: 7/10/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT Y N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name:_____ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

1 ○ Diclofenac _____ 3%
　Baclofen _____ 2%
　Cyclobenzaprine _____ 2%
　Ketoprofen _____ 4 %
　_____ %
　Qty 120g
WITH Lidocaine/HC ___/___% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
　○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2○ Ketoprofen _____ 10%
　Amitriptyline _____ 2%
　Diclofenac _____ 2%
　_____ %
　Qty 360g
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

3○ Ketoprofen _____ 2%
　Lidocaine _____ 2%
　Cyclobenzaprine _____ 1%
　_____ %

4○ Baclofen _____ 1%
　Cyclobenzaprine _____ 1%
　Lidocaine _____ 2%
　_____ %

5○ _____ %
　_____ %
　_____ %

*QTY_____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)　(CASH)

Add on/substitution
1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7%_____ g
7) Hydrocortisone Buty 0.1% [120g ok] g
9) Tacrolimus 0.03% oint _____ g
11) Diflorasone 0.05%_____ g

per benji

2) Calcipotriene 0.005%_____ g
4) Fluocinonide 0.1% cream_____ g
6) Diclofenac 1% or 3%_____ g
8) Doxepin 5% _____ g
10) Lidocaine/HC __/__% _____ Boxes

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____ NPI:_____
Phone:_____ Fax:_____
○ The pharmacy may substitute based on insurance coverage or limitations.　INITIAL_____

Physician's Signature:_____ Date: 4/17/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: M_____ G_____  DO_____  SSN:_____
Address:_____  Phone:_____
Allergies:_____  Pharmacy:_____

1) Diclofenac ___ 3%
   Baclofen ___ 2%
   Cyclobenzaprine ___ 2%
   Ketoprofen ___ 4%
   ___ %
   Qty 120g
   WITH Lidocaine/HC __/__% #3boxes
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
   ◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2) Ketoprofen ___ 10%
   Amitriptyline ___ 2%
   Diclofenac ___ 2%
   ___ %
   Qty 360g
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
   OR WITH Lidocaine 5% 150g

3) Ketoprofen ___ 2%
   Lidocaine ___ 2%
   Cyclobenzaprine ___ 1%
   ___ %

4) Baclofen ___ 1%
   Cyclobenzaprine ___ 1%
   Lidocaine ___ 2%
   ___ %

5) ___ %
   ___ %
   ___ %

*QTY_____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

Add on/substitution
1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide ___ % cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Lidocaine/HC __/__% _____ Boxes
10) Halobetasol 0.05% _____ g
11) Diflorasone 0.05% 120 g
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream. (30  DS)

1-2   1-3

Physician name Dr. Dichiara   NPI: 1104118835
Phone: 865-633-9469   Fax: 865-633-9474
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL_____

Physician's Signature: _____   Date: 11/18/20  Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

k per office