| From: | Dykes, Jeremy (USATNE) |
|---|---|
| To: | Keith Stewart |
| Cc: | Anthony Mahajan; Diana Yastrovskaya; ssaidak2001@aol.com; Samuelson, Brian (USATNE) |
| Subject: | Re: [EXTERNAL] Re: RHP - reciprocal discovery |
| Date: | Saturday, February 21, 2026 6:16:47 AM |

We're using Everlaw.

**From:** Keith Stewart <keithdstewart@gmail.com>
**Sent:** Friday, February 20, 2026 10:06:33 PM
**To:** Dykes, Jeremy (USATNE) <Jeremy.Dykes@usdoj.gov>
**Cc:** Anthony Mahajan <amahajan@healthlawalliance.com>; Diana Yastrovskaya <dyastrovskaya@healthlawalliance.com>; ssaidak2001@aol.com <ssaidak2001@aol.com>; Samuelson, Brian (USATNE) <Brian.Samuelson@usdoj.gov>
**Subject:** [EXTERNAL] Re: RHP - reciprocal discovery

Jeremy,

What document management software are you using?

-k

Sent from iJudicate

> On Feb 20, 2026, at 7:17 PM, Dykes, Jeremy (USATNE) <Jeremy.Dykes@usdoj.gov> wrote:
>
> Counsel,
>
> We are still working on our witness list. In the meantime, please confirm that you will produce the documents shown in court today in their native format by the Court's Sunday noon deadline. Please further confirm that you will produce native versions of the documents associated with our provider witnesses going forward. Please provide confirmation by 10am tomorrow, or we will take up the matter with the Court. To be clear, native format means the format as the records exist on the server, including all associated metadata for each. If you need assistance producing the records in native format, FBI's CART examiner is available to assist you.
>
> Thanks,
>
> Jeremy
>
> **Jeremy S. Dykes | Assistant U.S. Attorney | Eastern District of Tennessee | 865-209-1607 – mobile**