| | |
|---|---|
| **From:** | Anthony Mahajan |
| **To:** | Dykes, Jeremy (USATNE) |
| **Cc:** | ssaidak2001@aol.com; keithdstewart@gmail.com; Diana Yastrovskaya; Samuelson, Brian (USATNE) |
| **Subject:** | [EXTERNAL] Re: Witness list |
| **Date:** | Sunday, February 22, 2026 11:59:52 AM |

Counsel, we hereby certify our ongoing compliance with all Rule 16 reciprocal discovery obligations. Thanks.

Sent from my iPhone

> On Feb 21, 2026, at 10:01 AM, Dykes, Jeremy (USATNE) <Jeremy.Dykes@usdoj.gov> wrote:
>
> We are still making arrangements and seeing which witnesses can be available on Monday. Our potential witnesses for Monday are Emily Presley, Ashley Campbell, Todd Pepper, Patricia Bauer, Alicia Armstrong, and Andrew Keller, and a representative from Relay Health. Other potential witnesses for this week include Megan Nelson, Ashley Manning, and Mary Crowder - as you know, we requested reciprocal discovery many months ago; please also immediately provide all discovery for these providers, as well. Naturally we reserve the right to supplement this witness list as things develop.
>
> **Jeremy S. Dykes | Assistant U.S. Attorney | Eastern District of Tennessee | 865-209-1607 – mobile**