# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:24-CR-113　　　　　　　　　　　　　　　　　**Date:** 3/2/2026

United States of America　**vs.**　Haney, Warren, and Roper

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Marian Billingsley | Kara Nagorny | Michelle Gensheimer |

**Asst. U.S. Atty(s):**
Jeremy Dykes
Brian Samuelson

**Probation Officer(s):**

**Atty(s) for Defendant(s):**
Anthony Mahajan/Diana Yastrovskaya
Scott Saidak
Keith Stewart

**Others Present:**

**Proceedings:**
Motion Hearing held re doc. 317. An Order is to follow.

☐ Defendant remanded to custody.　☑ Defendant released on Order Setting Conditions of Release.

**Time:** 1:00　to　2:04

⦿ I, Marian Billingsley, **Deputy Clerk, CERTIFY** the official record of this proceeding is an audio file.

Knox-DCR_ 3:24-CR-113 _ 20260203 _ 124302
Case 3:24-cr-00113-TAV-JEM   Document 404   Filed 03/02/26   Page 1 of 1   PageID #: 4709