UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL
March 12, 2026

United States of America vs. Tiffany Haney, Anne Warren and Tina Roper        Case No. 3:24-CR-113

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Kara Nagorny |
|---|---|
| Courtroom Deputy | Court Reporter |

| Jeremy Dykes | Anthony Mahajan & Diana Yastrovskaya (Haney) |
| Brian Samuelson | Scott Saidak (Warren) |
| | Keith Stewart (Roper) |
| Asst. U.S. Attorney | Counsel for Defendant |

PROCEEDINGS:

- Impaneled Jury present #: 236, 231, 163, 205, 101, 113, 226, 223, 203, 122, 252, 99
- Jury resumed deliberation at 9:00 a.m. and recessed 4:40 p.m.
  Jury given evening instruction and will returned for further deliberations on Friday, March 13, 2026, at 9:00 a.m.

4:40 p.m. to 4:45 p.m.