UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL
March 13, 2026

United States of America vs. Tiffany Haney, Anne Warren and Tina Roper          Case No. 3:24-CR-113

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

|  |  |
|---|---|
| Julie Norwood | Kara Nagorny |
| Courtroom Deputy | Court Reporter |
| | |
| Jeremy Dykes | Anthony Mahajan & Diana Yastrovskaya (Haney) |
| Brian Samuelson | Scott Saidak (Warren) |
| | Keith Stewart (Roper) |
| Asst. U.S. Attorney | Counsel for Defendant |

PROCEEDINGS:

- Impaneled Jury present for deliberation #: 236, 231, 163, 205, 101, 113, 226, 223, 203, 122, 147, 252, 99
- Jury resumed deliberation at 8:50 a.m.;  Jury returned at 10:25 a.m.
- JURY VERDICT: Tiffany Haney Guilty as to Counts 1, 2, 12, and 15;  Anne Warren Guilty as to Counts
- 1, 5, 11, 13, 14, and 16; Tina Roper Guilty as to Count 1 and Not Guilty as to Count 9
- Jury polled

10:25 a.m. to 10:35 a.m.